SUSAN ST. VINCENT
Legal Officer
Yosemite National Park
NATIONAL PARK SERVICE
Telephone: (209) 372-0241
Facsimile: (209) 372-0210

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 6:17-MJ-0084-MJS |
| Plaintiff, | STIPULATION AND ORDER BETWEEN THE UNITED STATES AND DEFENDANT ALEXANDRO LEAL |
| v. | |
| ALEXANDRO BENITO LEAL, | |
| Defendant. | |

**STIPULATION**

WHEREAS, the discovery in this case contains personal information including but not limited to Social Security numbers, dates of birth, telephone numbers, residential addresses, and information regarding confidential informants ("Protected Information"); and

WHEREAS, the parties desire to avoid the unauthorized disclosure or dissemination of Protected Information to anyone not a party to the court proceedings in this matter;

The parties agree that entry of a stipulated protective order is appropriate.

THEREFORE, defendant, ALEXANDRO BENITO LEAL, by and through his counsel of record Hope Alley ("Defense Counsel"), and plaintiff, the United States of America, by and through its counsel of record, hereby agree and stipulate as follows:

1. This Court may enter protective orders pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

2. This Order pertains to all discovery provided to or made available to Defense Counsel as

1 | part of the discovery in this case (hereafter, collectively known as the "discovery").

2. 3. By signing this Stipulation and Protective Order, Defense Counsel agrees not to share any documents that contain Protected Information with anyone other than Defense Counsel and designated defense investigators and support staff. Defense Counsel may permit the defendant to view un-redacted documents in the presence of Defense Counsel or under the supervision of Defense Counsel. The parties agree that Defense Counsel, defense investigators, and support staff shall not allow the defendant to copy Protected Information contained in the discovery. The parties agree that Defense Counsel, defense investigators, and support staff may provide the defendant with copies of documents from which Protected Information has been redacted.

4. The discovery and information therein may be used only in connection with the litigation of this case and for no other purpose. The discovery is now and will forever remain the property of the United States Government. Defense Counsel will return the discovery to the Government or certify that it has been destroyed at the conclusion of the case.

5. Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

6. Defense Counsel shall be responsible for advising the defendants, employees, other members of the defense team, and defense witnesses of the contents of this Stipulation and Order.

7. In the event that the defendant substitutes counsel, undersigned Defense Counsel agrees to withhold discovery from new counsel unless and until substituted counsel agrees also to be bound by this Order or the Court modifies this Order regarding such transfer of discovery.

IT IS SO STIPULATED.

Dated: March 5, 2018                                SUSAN ST. VINCENT
                                                    Legal Officer


                                                    /s/ Susan St. Vincent
                                                    SUSAN ST. VINCENT
                                                    Legal Officer

Dated: March 5, 2018                                /s/ Hope Alley
                                                    HOPE ALLEY
                                                    Counsel for Defendant Alexandro Benito Leal

**ORDER**

Good cause appearing, the foregoing Stipulation regarding confidentiality in Case No. 6:17-mj-0084-mjs is hereby accepted and its terms adopted as the Order of this Court.

IT IS SO ORDERED.

Dated: March 5, 2018        /s/ *Michael J. Seng*
                            UNITED STATES MAGISTRATE JUDGE